PATRICK FLANNELLY, Respondent, v. EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, Appellant.— Judgment and order affirmed,

with costs. No opinion. Thomas, Stapleton and Putnam, JJ., concurred; Jenks, P. J., not voting.